```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JOE HAND PROMOTIONS, INC.,                                 :
                                                           :
                           Plaintiff,                      :
                                                           :            24-CV-5215 (VSB)
               -against-                                   :
                                                           :                 ORDER
LAMIA FUNTI,                                               :
                                                           :
                           Defendant.                      :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on July 7, 2024, (Doc. 1), and served Defendant Lamia Funti on September 18, 2024, (Doc. 11).  The deadline for Defendant to respond to Plaintiff's complaint was October 9, 2024.  To date, Defendant has not appeared or responded to the complaint.  On January 13, 2025, Plaintiff obtained a certificate of default from the Clerk of Court.  (Doc. 21.) If Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 5, 2025. If Plaintiff fails to do so or otherwise demonstrate intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 22, 2025
              New York, New York

                                                                    _____
                                                                 VERNON S. BRODERICK
                                                                 United States District Judge